**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 14, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00643-CR

---

### IN RE LAWRENCE EDWARD THOMPSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1370098**

---

## MEMORANDUM OPINION

On August 8, 2014, relator Lawrence Edward Thompson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Michael McSpadden, presiding judge of the 209th District Court of Harris County,

to rule on his motion for a *Franks v. Delaware*[1] hearing and pretrial application for writ of habeas corpus.

According to the record filed with relator's petition, he is represented by counsel in the underlying criminal proceeding.  A criminal defendant is not entitled to hybrid representation.  *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  The issues relator raises in his *pro se* petition for writ of mandamus relate directly to a criminal proceeding in which he is presented by counsel.  Therefore, in the absence of a right to hybrid representation, relator has presented nothing for this Court's consideration.  *See Patrick*, 906 S.W.2d at 498.

Relator has not established that he is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Boyce, Jamison, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] 438 U.S. 154 (1978).

2